IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMETRIUS BAILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 01 - 793 |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| C/O ALBRIGHT, C/O HOPWOOD, | ) |
| C/O NAYLOR, C/O LOWTHER, C/O | ) |
| HENRY, SGT. CRUTCHMAN, | ) |
| PHYSICIAN ASSISTANT, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This civil rights case was tried to a jury verdict in January 2006 and is now closed.

The Plaintiff now files, at the closed docket number, what he terms both a writ for habeas corpus and a motion for injunctive relief. All allegations in the document refer to actions occurring after the trial. The claims made have no relation to the original complaint. Plaintiff may pursue these allegations, if seeking an injunction, by filing a new complaint with the Clerk of Court alleging violations of his civil rights. Plaintiff must be aware, however, that before any court could even consider such a complaint, he is required to exhaust the grievance procedures.

If it is the intention of the Plaintiff in this case to address his claims and to seek relief by filing a petition for habeas corpus, it is his right to do so. The allegations, however, challenge the conditions of his confinement making a petition for habeas corpus an inappropriate avenue to address these concerns. In the event Plaintiff still wishes to pursue relief by the filing of such a petition, the Clerk of Courts is directed to provide Plaintiff with the relevant forms for filing same. Therefore,

     **IT IS HEREBY ORDERED** that Plaintiff's Motion for Writ of Habeas Corpus/Injunctive Relief is **DENIED**.

March 27, 2006                                                                  /s/Lisa Pupo Lenihan  
                                                                                        LISA PUPO LENIHAN  
                                                                                        U.S. MAGISTRATE JUDGE

cc:    Demetrius Bailey  
        CP-7819  
        SCI Frackville  
        1111 Altamont Blvd  
        Frackville, PA 17931

        Joseph E. Culleiton  
        Reed Smith  
        435 Sixth Ave.  
        Pittsburgh, PA 15219-1886

        Scott Bradley  
        Office of the Attorney General  
        Fifth Floor, Manor Complex  
        564 Forbes Ave.  
        Pittsburgh, PA 15219